IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
BONNER FARMS, LTD., et al.,                       :
                                                  : CASE NO. 5:04 CV 2188
                           Plaintiffs,            :
                                                  :
            -vs-                                  :
                                                  : JUDGMENT ENTRY
POWER GAS MARKETING &                             :
TRANSMISSION, INC., et al.,                       :
                                                  :
                           Defendants.            :

------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This Court, having contemporaneously entered an order granting in part and denying in part the plaintiff/counter defendants' motion for partial summary judgment, hereby enters judgment against Power Gas Marketing & Transmission, Inc. and in favor of Bonner Farms, Ltd. and Charles Burrows with respect to Power Gas' counterclaims for conversion and fraud.

IT IS SO ORDERED.

                                                       /s/ Lesley Wells
                                                  UNITED STATES DISTRICT JUDGE